**THOMPSON & COLEGATE LLP**
**3610 Fourteenth Street**
**P. O. Box 1299**
**Riverside, California 92502**
**Tel:  (951) 682-5550**
**Fax: (951) 781-4012**

MICHAEL J. MARLATT (SBN 115957)
mmarlatt@tclaw.net
DANIEL C. FAUSTINO (SBN 207553)
dfaustino@tclaw.net
SUSAN KNOCK BECK (SBN 230948)
sbeck@tclaw.net

Attorneys for Defendant, ORO GRANDE SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN TURNBULL,<br><br>             Plaintiff,<br><br>v.<br><br>ORO GRANDE SCHOOL DISTRICT, DOES 1-10,<br><br>             Defendants. | CASE NO.  5-17-cv-1787<br><br>JUDGE:<br><br>**NOTICE OF REMOVAL BY DEFENDANT ORO GRANDE SCHOOL DISTRICT**<br><br>TRIAL DATE:    N/A<br>ACTION FILED:  N/A |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant ORO GRANDE SCHOOL DISTRICT hereby removes to this Court the state court action described below.

1. On July 17, 2017 an action was commenced in the Superior Court of the State of California in and for the County of Riverside, entitled DAWN TURNBULL, Plaintiffs, vs. ORO GRANDE SCHOOL DISTRICT, Defendants, as case number CIVDS1713596, hereto as Exhibit "A".

2. The first date upon which defendant(s) ORO GRANDE received a copy of

1

1   the said complaint was August 2, 2017, when defendant was served with a copy of the

2   said complaint and a summons from the said state court. A copy of the summons is

3   attached hereto as Exhibit "B".

4        3.      Defendant ORO GRANDE intends to file in state court, no later than

5   September 1, 2017, and to serve plaintiff, no later than September 1, 2017,

6   Defendant's Notice of Filing of Removal By Defendant Oro Grande School District,

7   attached hereto as Exhibit "C".

8        4. This action is a civil action of which this Court has original jurisdiction under

9   28 U.S.C. § 1331, and is one which may be removed to this Court by defendant

10  pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under 29 U.S.C. §§

11  201, 203(a) and 216(b), the Fair Labor Standards Act.

12

13

14  DATED:  September 1, 2017              THOMPSON & COLEGATE LLP

15

16                                          By:  _____

17                                               DANIEL C. FAUSTINO
                                                 Attorneys for Defendant,
18                                               ORO GRANDE SCHOOL DISTRICT

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1  ROBERT D. CONAWAY Bar No. 119657
2  LAW OFFICE of ROBERT D. CONAWAY
   12127 Mall Blvd, Suite A-363
   Victorville CA 92392
3  Phone: (760) 503-9010
   Fax: (760) 503-9011
4  email: rdconaway@gmail.com

5  Attorney for Plaintiff, DAWN TURNBULL

```
                    FILED
          SUPERIOR COURT OF CALIFORNIA
            COUNTY OF SAN BERNARDINO
          SAN BERNARDINO CIVIL DIVISION

                 JUL 17 2017

          BY
             MANUEL HENRY ANDRIANO, DEPUTY
```

6

7                  SUPERIOR COURT of the STATE of CALIFORNIA

8                          SAN BERNARDINO CIVIL

9

10  DAWN TURNBULL                    )  CASE NO.   CIVDS1713596
                                     )
11           Plaintiff               )
                                     )
12  v                                )  COMPLAINT FOR OVERTIME PAY DUE,
                                     )  PENALTIES, DAMAGES, COSTS & FEES
13  ORO GRANDE SCHOOL DISTRICT, Does )  DUE UNDER 29 U.S.C. § 201, 203(a) &
    1-10                             )  216(b) [Fair Labor Standards Act (FLSA)]
14                                   )
                                     )
15           Defendants              )
                                     )
16                                   )  [Unlimited Jurisdiction]
                                     )
17                                   )  DEMAND FOR A JURY TRIAL
                                     )
18                                   )
                                     )
19                                   )
                                     )
20  _____)

21      1. The Plaintiff, DAWN TURNBULL [hereafter TURNBULL] sues Defendant(s),

22  ORO GRANDE SCHOOL DISTRICT & Does 1-5 under 29 U.S.C. § 201, 203(a) &

23  216(b) [Fair Labor Standards Act (FLSA)] as a covered enterprise doing business of at

24  least $500,000 or more per year and doing business in interstate commerce.

25      2. TURNBULL sues Does 6-10 under 29 U.S.C. § 203(a) to the extent it is

26  discovered those defendants acted as a Section 203(a) FLSA "person" which the

27  statute defines as "individual, partnership, association, corporation, business trust, legal

28  representative, or any organized group of persons" interfering with TURNBULL's right to

1   overtime pay and or to retaliate against TURNBULL.

2      3. FLSA covers overtime wage and hour violations and gives aggrieved workers

3   the right to file suit in Court and is a claim that does not require compliance with the

4   California Government Tort Claim Act.

5      4. TURNBULL was hired as a non-exempt, non-union, non-teaching employee

6   hired to work by Defendants 8 hour days, 40 hour weeks, 222 days a year for

7   Defendant(s), with no personnel management duties.

8      5. Due to the workload expected of TURNBULL, it was impossible to complete

9   all of her responsibilities without missing breaks, meals, staying some days until

10  after 10:00 p.m. and or taking work home.

11     6. TURNBULL who had internet capability at home, could complete tasks the

12  employer expected her to complete [that could not be completed by missing breaks,

13  meals and staying late until after 10:00 pm], but could not complete during regular

14  business hours. TURNBULL often had to take the work required of her home to

15  complete, which all Administrators who worked with TURNBULL were aware of,

16  benefited from, acknowledged in TURNBULL's performance evaluations, but never

17  paid her for.

18     7. TURNBULL worked for Defendant(s) from July 1, 2011 through July 31, 2015

19  and was an eligible worker under the FLSA as (a) TURNBULL had a non-exempt

20  employee status, (b) Turnbull was working 40+ hours during a single week and (c)

21  Turnbull's job was subject to minimum wage laws.

22     8. Defendant(s) did not pay Plaintiff any overtime due from July 1, 2011 through

23  July 31, 2015 and to that extent, all of the following apply to Defendant(s) and their

24  failure to pay TURNBULL:

25     (a) Failing to pay TURNBULL time-and-a-half for time worked above the 40 hour

26  work week;

27     (b) Requiring and expecting TURNBULL to work "off the clock" without pay;

28     (c) Failing to pay hourly wage for mandatory employee training;

(d) Requiring TURNBULL to clock in before the start of her shift;

(e) Misclassification of non-exempt employee as exempt, including this employee who improperly receive "management" job title;

(f) Failing to pay employee for "donning and doffing" (time spent putting on or taking off job-related clothing or equipment before or after work);

(g) Being forced to take work home, work through lunch, or perform mandatory job-related "volunteer" work in order to do the work she was expected to complete;

(h) Failing to pay employee for miscellaneous tasks (time spent setting up for the job, filling out required paperwork, traveling to or from certain work locations)

9. TURNBULL sues Defendant(s) pursuant to Section 216(b) of the Fair Labor Standards Act for the limited period of time identified above and incorporated herein by reference.

10. Defendant(s) paid TURNBULL $28.15 per hour during the period of July 1, 2011 to June 30, 2012. Overtime rate was $42.33 but was not paid.

11. Defendant(s) paid TURNBULL $28.71 per hour during the period of July 1, 2012 to June 30, 2013. Overtime rate was $43.07 but was not paid.

12. Defendant(s) paid TURNBULL $29.29 per hour during the period of July 1, 2013 to June 30, 2014. Overtime rate was $43.93 but was not paid.

13. Defendant(s) paid TURNBULL $29.87 per hour during the period of July 1, 2014 to June 30, 2015. Overtime rate was $44.81 but was not paid.

14. Defendant(s) paid TURNBULL $30.49 per hour during the period of July 1, 2015 to July 31, 2015. Overtime rate was $45.74 but was not paid.

15. Plaintiff was entitled to receive the overtime rate per hour for all hours worked over forty during the period of time identified above against defendant(s) under 29 U.S.C. § 207(a)(1) for all hours worked over forty during a week in the period of time identified above and incorporated herein by reference.

16. Plaintiff complained to Defendant(s) about working without pay.

17. Defendant(s) willfully violated the FLSA for all the reasons set out under

- 3 -

1   Paragraphs 1-16 and continue to do so through the date of this complaint's filing.

2      18. TURNBULL is informed and believes and thereon alleges, that

3   defendant(s) did not rely upon legal advice in permitting Plaintiff to work off-the-clock

4   during the period of time identified above without paying her for the time.

5      19. TURNBULL is informed and believes and thereon alleges, that

6   defendant(s) did not rely upon any Department of Labor opinion letter in permitting

7   TURNBULL to work off-the-clock during the period of time identified above without

8   paying her for the time.

9      20. TURNBULL is informed and believes and thereon alleges, that

10  defendant(s) did not rely upon any case law in permitting TURNBULL to work

11  off-the-clock during the period of time identified above without paying her for the time.

12     21. TURNBULL is informed and believes and thereon alleges, that

13  defendant(s) did not rely upon any regulation in permitting TURNBULL to work

14  off-the-clock during the period of time identified above without paying her for the time.

15     22. Defendant(s) did not rely upon any statute in permitting TURNBULL to work

16  off-the-clock during the period of time identified above without paying her for the time.

17     23. If TURNBULL recovers any overtime alleged above she is entitled to an

18  equal amount of liquidated damages under 29 U.S. Code § 216(b).

19     24. Defendant(s) failed to keep accurate time records for all hours TURNBULL

20  worked during the period of time identified above.

21     25. TURNBULL has been damaged in an amount in excess of $100,000 before

22  interest, penalties, fees and costs are added as allowed under 29 U.S. Code § 216(b),

23  the precise amount to be shown according to proof at the time of trial.

24     26. TURNBULL has suffered financial damages, a loss of property, a loss of

25  credit standing, loss of vehicles and emotional upset from being intentionally deprived

26  of the wages she is lawfully owed.

27     26. TURNBULL attaches as Exh. "A" a recap of the hours by date for which she

28  was not paid before penalties, interests, liquidated damages, fees & costs are added.

- 4 -

26.  TURNBULL reserves the right to seek unpaid hours, travel time, waiting time under FLSA [29 USC § 201, et seq], to which she may be entitled under the facts in this complaint and may be as warranted by Exhibit "A" which is incorporated herein by reference as if fully restated.

PRAYER

Wherefore, Plaintiff demands judgment against Defendants according to proof, unpaid overtime from July 1, 2011 through July 31, 2015, liquidated damages, general damages from the financial and credit reputation losses and related emotional distress, attorneys' fees and costs as allowed under  29 USC § 201, et seq, 29 U.S.C. § 203(a), 29 U.S.C. 29 U.S.C. § 216(b) et seq, which plaintiff.

Date: July 17, 2017

LAW OFFICE of ROBERT D. CONAWAY

By:_____
ROBERT D. CONAWAY, ATTORNEY
For DAWN TURNBULL

DEMAND FOR JURY TRIAL

DAWN TURNBULL demands a jury trial on all claims raised in the within action.

Date: July 17, 2017

LAW OFFICE of ROBERT D. CONAWAY

By:_____
ROBERT D. CONAWAY, ATTORNEY
For DAWN TURNBULL

- 5 -

**OVERTIME, REST PERIOD, MEAL PERIOD COMPUTATION FORM / FORMULARIO PARA CALCULAR SOBRETIEMPO, DESCANSOS Y COMIDAS**

**USE SEPARATE SHEET FOR EACH PAY RATE / UNA HOJA PARA CADA TASA DE PAGO**

Employer Name: Oro Grande School District

Employee Name: David Imirbell

Case No.:

Overtime Computation / Computación de Sobretiempo

| PAY PERIOD DATES / PERIODO DE PAGO — FROM (DE FECHA) - TO (A FECHA) | Hourly rate / Tasa de Pago | # of Reg. Hours / # de Horas regular | Overtime Rate / Tasa de Sobre Tiempo | # of O.T. Hours / # de horas sobre Tiempo | Double Time rate / Tasa de Tiempo Doble | # of Double Time Hours / # de Horas Doble | TOTAL GANADO / $ EARNED | TOTAL PAGADO / $ PAID | $ OWED / SALARIO QUE SE LE DEBE | # of Days Rest Periods Missed / # de Días Sin Descanso | # of Meal Periods Missed / # de Días Sin Comidas |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2011 | 16.85 | 174 | 42.33 | 14 | 56.30 | 0 | 5484.33 | 4666.67 | 1322.65 | 172 | 172 |
| 2 Aug 2011 | 16.85 | 174 | 42.33 | 18 | 56.30 | 1 | 5658.34 | 4666.67 | 1491.57 | 172 | 172 |
| 3 Sept 2011 | 16.15 | 174 | 42.33 | 17 | 56.30 | 1 | 5686.01 | 4666.67 | 1419.34 | 172 | 172 |
| 4 Oct 2011 | 16.15 | 169 | 42.33 | 15 | 56.30 | 0 | 5390.80 | 4666.67 | 1234.13 | 172 | 172 |
| 5 Nov 2011 | 16.9 | 169 | 42.33 | 15 | 56.30 | 0 | 5390.80 | 4666.67 | 1234.13 | 172 | 172 |
| 6 Dec 2011 | 16.15 | 169 | 42.33 | 15 | 56.20 | 0 | 5475.26 | 4666.67 | 1308.59 | 172 | 172 |
| 7 Jan 2012 | 16.15 | 169 | 42.33 | 17 | 56.30 | 0 | 5433.03 | 4666.67 | 1302.36 | 172 | 172 |
| 8 Feb 2012 | 16.15 | 174 | 42.33 | 16 | 56.50 | 0 | 5658.24 | 4666.67 | 491.57 | 172 | 172 |
| 9 March 2012 | 16.15 | 174 | 42.33 | 18 | 56.30 | 0 | 5827.16 | 4666.67 | 1660.49 | 172 | 172 |
| 10 April 2012 | 16.15 | 174 | 42.33 | 20 | 56.30 | 0 | 5601.95 | 4666.67 | 1435.28 | 172 | 172 |
| 11 May 2012 | 16.9 | 174 | 42.33 | 16 | 56.30 | 0 | 5573.78 | 4666.67 | 1467.11 | 172 | 172 |
| 12 June 2012 | 16.9 | 174 | 42.33 | 20 | 56.30 | 0 | 5742.70 | 4250.00 | 1576.03 | 172 | 172 |
| 13 July 2012 | 16.71 | 174 | 43.67 | 10 | 56.42 | 0 | 6072.24 | 4250.00 | 1822.24 | 172 | 172 |
| 14 Aug 2012 | 16.71 | 174 | 43.67 | 25 | 57.42 | 0 | 6072.24 | 4250.00 | 1822.24 | 172 | 172 |
| 15 Sept 2012 | 16.71 | 174 | 43.67 | 25 | 57.42 | 0 | 5424.24 | 4250.00 | 1176.24 | 172 | 172 |
| 16 Oct 2012 | 16.71 | 174 | 43.07 | 10 | 57.42 | 0 | 5426.24 | 4250.00 | 1176.24 | 172 | 172 |
| 17 Nov 2012 | 16.71 | 174 | 43.07 | 10 | 57.42 | 0 | 5426.24 | 4250.00 | 1176.24 | 172 | 172 |
| 18 Dec 2012 | 16.71 | 174 | 43.07 | 15 | 57.42 | 0 | 5641.59 | 4250.00 | 1391.59 | 172 | 172 |
| TOTAL EACH COLUMN / SUMA CADA COLUMNA | — | 3107.0 | | 303.0 | | 0 | $100,322.78 | $15,500 | $29,400.78 | 3218 | 3218 |

**HOW OFTEN PAID / CUANTAS VECES PAGADO:**
Weekly / Semana
2 Times a Month / Dos veces por mes
Every 2 weeks / Cada Dos Semanas

Total the Hours and Wages Claimed Above / Suma Horas y Sueldo Arriba
* No Matter how many breaks you missed, it is counted as one day. / No esta materia cuantos descansos pierden, solo cuenta uno diario.

* # of Days Rest Periods Missed / Indicate the total missed days. / Ponga al numero total.

EXHIBIT A
-6-

**OVERTIME, REST PERIOD, MEAL PERIOD COMPUTATION FORM / FORMULARIO PARA CALCULAR SOBRETIEMPO, DESCANSOS Y COMIDAS**

USE SEPARATE SHEET FOR EACH PAY RATE / UNA HOJA PARA CADA TASA DE PAGO

Employer Name: Rio Grande School Dist.

Employee Name: David Turnbull

Case No.:

| PAY PERIOD DATES / PERIODO DE PAGO FROM (DE FECHA) - TO (A FECHA) | Hourly rate / Tasa de Pago | # of Reg. Hours / # de Horas regular | Overtime Rate / Tasa de Sobre Tiempo | # of O.T. Hours / # de horas sobre Tiempo | Double Time rate / Tasa de Tiempo Doble | # of Double Time Hours / # de Horas Doble | $ EARNED / TOTAL GANADO | $ PAID / TOTAL PAGADO | $ OWED / SALARIO QUE SE LE DEBE | # of Days Rest Periods Missed / # de Días Sin Descanso | # of Meal Periods Missed / # de Días Sin Comidas |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Jan. 2013 | 26.71 | 169 | 43.07 | 10 | 51.42 | 0 | 5382.69 | 4350.00 | 1032.69 | 160 | 160 |
| 2. Feb. 2013 | 26.71 | 174 | 43.07 | 10 | 51.42 | 0 | 5426.24 | 4250.00 | 1176.24 | 176 | 176 |
| 3. March 2013 | 26.71 | 169 | 43.07 | 7 | 51.42 | 0 | 5153.48 | 42-50.00 | 903.48 | 160 | 170 |
| 4. April 2013 | 25.71 | 174 | 43.07 | 7 | 51.42 | 0 | 5241.03 | 42.500 | 1041.03 | 170 | 170 |
| 5. May 2013 | 25.71 | 174 | 43.07 | 22 | 51.42 | 0 | 5343.08 | 4250.00 | 1093.08 | 170 | 170 |
| 6. June 2013 | 28.71 | 174 | 43.07 | 25 | 51.42 | 0 | 5347.42 | 4250.00 | 1093.08 | 170 | 170 |
| 7. July 2013 | 29.39 | 174 | 43.93 | 25 | 51.42 | 0 | 6073.29 | 4250.00 | 1823.29 | 170 | 170 |
| 8. August 2013 | 29.39 | 174 | 43.93 | 15 | 58.58 | 0 | 5755.41 | 4775.00 | 1420.41 | 170 | 170 |
| 9. Sept. 2013 | 29.39 | 174 | 43.93 | 10 | 58.58 | 0 | 5535.76 | 4775.00 | 1200.76 | 170 | 170 |
| 10. Oct. 2013 | 29.29 | 169 | 43.93 | 32 | 58.58 | 0 | 6502.32 | 4775.00 | 2167.32 | 170 | 170 |
| 11. Nov. 2013 | 29.39 | 169 | 43.93 | 7 | 58.58 | 0 | 5257.53 | 4775.00 | 922.53 | 160 | 160 |
| 12. Dec. 2013 | 29.39 | 169 | 43.93 | 8 | 58.58 | 0 | 5301.45 | 4775.00 | 966.45 | 160 | 160 |
| 13. Jan. 2014 | 29.39 | 169 | 43.93 | 8 | 58.58 | 0 | 5301.45 | 4775.00 | 966.45 | 160 | 160 |
| 14. Feb. 2014 | 29.39 | 174 | 43.93 | 10 | 58.58 | 0 | 5535.76 | 4775.00 | 1260.76 | 160 | 160 |
| 15. March 2014 | 29.39 | 174 | 43.93 | 10 | 58.58 | 0 | 5384.31 | 4775.00 | 1054.31 | 170 | 170 |
| 16. April 2014 | 29.39 | 174 | 43.93 | 5 | 58.58 | 0 | 5189.66 | 4775.00 | 834.66 | 160 | 160 |
| 17. May 2014 | 29.39 | 174 | 43.93 | 20 | 58.58 | 0 | 5475.06 | 4775.00 | 1640.06 | 160 | 160 |
| 18. June 2014 | 29.39 | 174 | 43.53 | 25 | 58.58 | 0 | 6194.71 | 4775.00 | 1859.71 | 170 | 170 |
| **TOTAL EACH COLUMN / SUMA CADA COLUMNA** | | 3009 | | 256 | | 0 | $101,287.89 | $57,030.00 | $49,967.89 | 2990 | 2990 |

HOW OFTEN PAID / CUANTAS VECES PAGADO:

Weekly / Semana
2 Times a Month / Dos veces por mes
Every 2 weeks / Cada Dos Semanas

Total the Hours and Wages Claimed Above / Suma Horas y Sueldo Arriba

* No Matter how many breaks you missed, it is counted as one day.
* No esta materia cuantos descansos pierden, sólo cuenta uno diario.

Indicate the total missed days. / Ponga al numero total.

-7-

**OVERTIME, REST PERIOD, MEAL PERIOD COMPUTATION FORM / FORMULARIO PARA CALCULAR SOBRETIEMPO, DESCANSOS Y COMIDAS**

**USE SEPARATE SHEET FOR EACH PAY RATE / UNA HOJA PARA CADA TASA DE PAGO**

Employer Name: Old Grandeschool D.

Employee Name: Dawn Turnbull

Case No.: _____

Overtime Computation / Computacion de Sobretiempo

| PAY PERIOD DATES / PERIODO DE PAGO — FROM (DE FECHA) - TO (A FECHA) | Hourly rate / Tasa de Pago | # of Reg. Hours / # de Horas regular | Overtime Rate / Tasa de Sobre Tiempo | # of O.T. Hours / # de horas sobre Tiempo | Double Time rate / Tasa de Tiempo Doble | # of Double Time Hours / # de Horas Doble | $ EARNED / TOTAL GANADO | $ PAID / TOTAL PAGADO | $ OWED / SALARIO QUE SE LE DEBE | # of Days Rest Periods Missed / #de Días Sin Descanso | # of Meal Periods Missed / # de Días Sin Comidas |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2014 | 29.87 | 174 | 44.81 | 28 | 0 | 59.74 | 6452.06 | 4444.42 | 2007.64 | 159 | 159 |
| 2 Aug 2014 | 29.87 | 174 | 44.81 | 32 | 0 | 59.74 | 6631.30 | 4444.42 | 2186.88 | 171 | 170 |
| 3 Sept 2014 | 29.87 | 174 | 44.81 | 22 | 0 | 59.74 | 6183.20 | 4444.42 | 1738.78 | 171 | 170 |
| 4 Oct 2014 | 29.87 | 174 | 44.81 | 7 | 0 | 59.74 | 5361.70 | 4444.42 | 917.28 | 70 | 72 |
| 5 Nov 2014 | 29.87 | 174 | 44.81 | 9 | 0 | 59.74 | 5451.32 | 4444.42 | 1006.90 | 160 | 160 |
| 6 Dec 2014 | 29.87 | 169 | 44.81 | 5 | 0 | 59.74 | 5271.08 | 4444.42 | 827.66 | 165 | 164 |
| 7 Jan 2015 | 29.87 | 169 | 44.81 | 9 | 0 | 59.74 | 5316.89 | 4444.42 | 872.47 | 57 | 163 |
| 8 Feb 2015 | 29.87 | 169 | 44.81 | 6 | 0 | 59.74 | 5645.48 | 4444.42 | 1201.06 | 57 | 40 |
| 9 March 2015 | 29.87 | 169 | 44.81 | 10 | 0 | 59.74 | 6033.85 | 4444.42 | 1589.43 | 47 | 28 |
| 10 April 2015 | 29.87 | 174 | 44.81 | 22 | 0 | 59.74 | 6362.98 | 4444.42 | 1918.56 | 150 | 147 |
| 11 May 2015 | 29.87 | 174 | 44.81 | 26 | 0 | 59.74 | 6362.98 | 4444.42 | 1918.56 | 157 | 157 |
| 12 June 2015 | 29.87 | 174 | 44.81 | 26 | 0 | 59.74 | 6467.35 | 4444.42 | 1962.83 | 168 | 168 |
| 13 July 2015 | 30.49 | 174 | 45.74 | 33 | 0 | 60.98 | 6706.80 | 4533.31 | 2173.49 | 171 | 171 |
| 14 | | | | | | | | | | 124 | 124 |
| 15 | | | | | | | | | | | |
| 16 | | | 1392 | | | | | | | | |
| 17 | | | 845 | | | | | | | | |
| 18 | | | | | | | | | | | |
| TOTAL EACH COLUMN / SUMA CADA COLUMNA | | 2237.0 | | 227.0 | 0 | | $78,146.89 | $57,814.7 | $20,332. | 2,666 | 2,028.0 |

HOW OFTEN PAID / CUANTAS VECES PAGADO:
Weekly / Semana
Every 2 weeks / Cada Dos Semanas
Twice a Month / Dos veces por mes
Monthly ✓

Total the Hours and Wages Claimed Above / Suma Horas y Sueldo Arriba

* No Matter how many breaks you missed, it is counted as one day.
* No esta materia cuentas descansos pierdes, solo cuenta uno diario.

Indicate the total missed days. / Ponga al numero total.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210

--------------------------------------------------------------------------
--------------------------------------------------------------------------

ROBERT D CONAWAY                    CASE NO: CIVDS1713596
12127 MALL BLVD
SUITE A-363
VICTORVILLE CA 92392

NOTICE OF TRIAL SETTING CONFERENCE

IN RE: DAWN TURNBULL -V- ORO GRANDE SCHOOL DISTRICT

THIS CASE HAS BEEN ASSIGNED TO: DAVID   COHN IN DEPARTMENT S26
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 W. 3RD ST
SAN BERNARDINO, CA  92415-0210.

HEARING DATE: 01/16/18 at  8:30 in Dept. S26

DATE: 07/17/17  Nancy Eberhardt, Court Executive Officer

--------------------------------------------------------------------------
                              By: MANUEL HENRY ANDRIAN
--------------------------------------------------------------------------
CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
(X) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 07/17/17
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 07/17/17 at San Bernardino, CA

                              BY: MANUEL HENRY ANDRIANO

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

DAWN TURNBULL

CASE NO.: CIVDS1713596

vs.

ORO GRANDE SCHOOL DISTRICT, et al

**CERTIFICATE OF ASSIGNMENT**

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the CENTRAL [CIVIL] District of the Superior Court under Rule 404 of this court for the checked reason:

☑ General          ☐ Collection

| Nature of Action | Ground |
|---|---|
| 1. Adoption | Petitioner resides within the district |
| 2. Conservator | Petitioner or conservatee resides within the district. |
| 3. Contract | Performance in the district is expressly provided for. |
| 4. Equity | The cause of action arose within the district. |
| 5. Eminent Domain | The property is located within the district. |
| 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| 9. Mandate | The defendant functions wholly within the district. |
| 10. Name Change | The petitioner resides within the district. |
| 11. Personal Injury | The injury occurred within the district. |
| 12. Personal Property | The property is located within the district. |
| 13. Probate | Decedent resided or resides within the district or had property within the district. |
| 14. Prohibition | The defendant functions wholly within the district. |
| 15. Review | The defendant functions wholly within the district. |
| 16. Title to Real Property | The property is located within the district. |
| 17. Transferred Action | The lower court is located within the district. |
| 18. Unlawful Detainer | The property is located within the district. |
| 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| 20. ☒ Other Overtime wages | All parties reside/do business within the District |
| 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Parties & violation of law occurred within District

| NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR | | ADDRESS |
|---|---|---|
| Oro Grande | | Oro Grande School District, 19900 National Trails Highway, Oro Grande, CA 92368. |
| CITY | STATE | ZIP CODE |
| Oro Grande | CA | 92368 |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on July 17, 2017 at Apple Valley , California

Signature of Attorney/Party

13-16503-360, Rev 06-2014          CERTIFICATE OF ASSIGNMENT

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
ROBERT D. CONAWAY Bar No 119657
Law Office of Robert D. Conaway
12127 Mall Blvd A 363
Victorville CA 92392
TELEPHONE NO.: 760-501-9010    FAX NO.: 760-503-9011
ATTORNEY FOR *(Name)*: Dawn Turnbull, Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino CA 92415
BRANCH NAME: San Bernardino Civil Division

FOR COURT USE ONLY

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

JUL 17 2017

BY _____
MANUEL HENRY ANDRIANO, DEPUTY

CASE NAME:
Dawn Turnbull v Oro Grande School District et al

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: CIVDS1713596 |
|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☑ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify)*: One
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 17, 2017
ROBERT D. CONAWAY
_____
(TYPE OR PRINT NAME)          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

# EXHIBIT B

RECEIVED
AUG 0 2 2017
BY: ...................

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

JUL 17 2017

BY _____
MANUEL HENRY ANDRIANO, DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

ORO GRANDE SCHOOL DISTRICT, Does 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

DAWN TURNBULL

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravemen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: <br>*(El nombre y dirección de la corte es):* San Bernardino Superior Court - Civil <br> 247 West Third Street <br> San Bernardino CA 92415 | CASE NUMBER: <br>*(Número del Caso):* <br> **CIVDS1713596** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Robert Conaway SBN 119657 12127 Mall Blvd A 363, Vicotrville CA 92392 (760) 503-9010

| | | | |
|---|---|---|---|
| DATE: JUL 17 2017 <br>*(Fecha)* | Clerk, by <br>*(Secretario)* | MANUEL HENRY ANDRIANO | , Deputy <br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

COPY

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

# EXHIBIT C

1   **THOMPSON & COLEGATE LLP**
  **3610 Fourteenth Street**
2   **P. O. Box 1299**
  **Riverside, California 92502**
3   **Tel: (951) 682-5550**
  **Fax: (951) 781-4012**
4
  MICHAEL J. MARLATT (SBN 115957)
5   mmarlatt@tclaw.net
  DANIEL C. FAUSTINO (SBN 207553)          **Exempt from Filing Fees**
6   dfaustino@tclaw.net                    **Government Code § 6103**
  SUSAN KNOCK BECK (SBN 230948)
7   sbeck@tclaw.net
8   Attorneys for Defendant, ORO GRANDE SCHOOL DISTRICT
9
10             SUPERIOR COURT OF THE STATE OF CALIFORNIA
11               FOR THE COUNTY OF SAN BERNARDINO
12

| | |
|---|---|
| 13  DAWN D. TURNBULL, | **CASE NO. CIVDS 1713596** |
| 14        Plaintiff, | *Assigned for All Purposes to:* |
| 15  v. | *Judge David Cohn*<br>*Dept. S26* |
| 16  ORO GRANDE SCHOOL DISTRICT, DOES 1-<br>10, | **NOTICE OF FILING NOTICE OF<br>REMOVAL BY DEFENDANT ORO<br>GRAND SCHOOL DISTRICT** |
| 17 | |
| 18        Defendants. | TRIAL DATE:    None<br>ACTION FILED:  July 17, 2017 |
| 19 | |

20      **PLEASE TAKE NOTICE** that on September 1, 2017, defendant ORO GRANDE SCHOOL

21 DISTRICT filed in the United States District Court for the Central District of California a Notice of

22 Removal of the above-entitled action.  A copy of the Notice of Removal is attached hereto as Exhibit

23 "A."

24 ///

25 ///

26 ///

27 ///

28 ///

1   **PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446(d), the filing of

2   this Notice of Removal effects the removal of said action and the above-entitled Court may proceed

3   no further unless and until remanded.

4

5   DATED:  September 1, 2017                    THOMPSON & COLEGATE LLP

6

7                                               By:_____

8                                                   DANIEL Q. FAUSTINO
                                                    Attorneys for Defendant,
9                                                   ORO GRANDE SCHOOL DISTRICT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING NOTICE OF REMOVAL BY DEFENDANT ORO GRANDE

# EXHIBIT "A"

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

I am employed in the County of Riverside, State of California.  I am over the age of 18 years and not a party to the within action. My business address is **3610 Fourteenth Street, P. O. Box 1299, Riverside, California 92502**.

On September 1, 2017, I served the foregoing document described as **NOTICE OF FILING NOTICE OF REMOVAL BY DEFENDANT ORO GRAND SCHOOL DISTRICT** on the interested parties in this action.

☒     by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒     **BY REGULAR MAIL:**  I deposited such envelope in the mail at 3610 Fourteenth Street, Riverside, California.  The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐     **BY FACSIMILE MACHINE:**  I transmitted a true copy of said document(s) by facsimile machine, and no error was reported.  Said fax transmission(s) were directed as indicated on the service list.

☐     **BY OVERNIGHT DELIVERY:**  I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees.  The envelope or package was deposited with delivery fees thereon fully prepaid.

☐     **BY ELECTRONIC MAIL:**  I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐     **BY PERSONAL SERVICE:**  I caused such envelope(s) to be delivered by hand to the above addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 1, 2017, at Riverside, California.

_____
**Janet Clarke**

# SERVICE LIST

Robert D. Conaway, Esq.
LAW OFFICES OF ROBERT D. CONAWAY
12127 Mall Blvd., Suite A-363
Victorville, CA 92392

Attorney for Plaintiff,
DAWN TURNBULL

Phone:        (760) 503-9010
Fax:          (760) 503-9011
E-Mail:       rdconaway@gmail.com

G:\173143\- POS.docx

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case or adversary proceeding.  My business address is:
3610 Fourteenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF REMOVAL BY DEFENDANT ORO GRANDE SCHOOL DISTRICT** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)        , I checked the CM/ECF docket for this case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On September 1, 2017, I served the following persons and/or entities at the last known addresses in this case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

## Counsel for Plaintiffs
Robert D. Conaway, Esq.
LAW OFFICES OF ROBERT D. CONAWAY
12127 Mall Blvd., Suite A-363
Victorville, CA 92392
Attorney for Plaintiff, DAWN TURNBULL
Phone:   (760) 503-9010
Fax:       (760) 503-9011
E-Mail:   rdconaway@gmail.com

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)*****, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

### Counsel for Plaintiffs:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 1, 2017 | Janet Clarke | |
| *Date* | *Printed Name* | *Signature* |

**Proof of Service**