# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN TURNBULL<br><br>Plaintiff,<br><br>vs.<br><br>ORO GRANDE SCHOOL DISTRICT, DOES 1-10,<br><br>Defendants | Case No. 5:17-cv-01787-JGB-KK<br><br>Honorable Judge: Hon. Jesus G. Bernal<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT OF CASE NO. 5:17-cv-01787-JGB-KK |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT OF 5:17-cv-01787-JGB-KK

Plaintiff Dawn Turnbull and Defendants Oro Grande School District and DOES 1-10, through their undersigned counsel, hereby jointly stipulate to the dismissal of 5:17-cv-01787-JGB-KK, with prejudice in accordance with Rule 41(a).

This dismissal does not include [nor dismiss] Dawn Turnbull's retaliation claims filed under 5:21-cv-00082-JGB-KK. Dawn Turnbull's pending state workers' compensation claims

against Oro Grande School District and Dawn Turnbull's pending California Superior Court action filed under Case No. CIVDS1603896 against Oro Grande School District, Heather Griggs, Suzette Davis & Does 1-20.

IT IS SO STIPULATED

7/23/2022
ROBERT D. CONAWAY (SBN 119687)   Date
Attorney for Dawn Turnbull, Plaintiff
rdconaway@gmail.com
PO Box 2655
Apple Valley CA 92307
Tel: (760) 503-9010

8/11/22
MICHAEL J. MARLATT (SBN 115957)   Date
mmarlatt@tclaw.net
DANIEL C. FAUSTINO (SBN 207553)
dfaustino@tclaw.net
THOMPSON & COLEGATE LLP
Attorneys for Oro Grande School District & Does 1-10
3610 Fourteenth Street
P. O. Box 1299
Riverside, California 92502
Tel: (951) 682-5550